Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>MEDIA TEMPLE INC., a Delaware corporation,<br><br>  Defendants. | Case No. 3:16-cv-06716- JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

THIS MATTER comes before the Court on Plaintiff six4three, LLC's ("643") motion for a temporary restraining order. Having reviewed the papers filed in support of and in opposition to this motion (if any), and being fully advised, the Court finds that 643 has demonstrated both a strong likelihood of success on the merits and the possibility that it faces immediate, irreparable injury from Defendants' conduct. Accordingly, 643 is entitled to provisional injunctive relief, and the Court GRANTS 643's motion as follows:

1. Upon finding that Plaintiff 643 has carried its burden of showing (a) the possibility of irreparable injury, and (b) the likelihood of success on the merits, this Temporary Restraining Order is granted pursuant to Federal Rule of Civil Procedure 65, and the inherent equitable powers of the Court.

2. The Court hereby preliminarily RESTRAINS AND ENJOINS Defendants, their agents, servants, employees, attorneys, and all others in active concert or participation with Defendants, from taking any actions that would cause the suspension or shutting down of Plaintiff's website www.facebookappseconomy.com (the "Site") or interfere with Plaintiff's ability to maintain and operate the Site or any related communications regarding the Site.

3. This Temporary Restraining Order shall take effect immediately and shall remain in effect pending hearing on Plaintiff's motion for preliminary injunction or further order of this Court.

4. The Court hereby orders Defendants Facebook and Media Temple to appear in Courtroom ___ of this Court, located at 450 Golden Gate Avenue, San Francisco, CA on _____, 2016, at _____.m., or as soon thereafter as the matter may be heard then and there to show cause, if they have any, why Defendants, and each of them, their agents, servants, employees, representatives, assigns, attorneys and all persons acting in concert or

MOTION FOR TRO AND PRELIMINARY INJUNCTION

participation with them, should not be enjoined and restrained during the pendency of this action from directly or indirectly engaging in any or all of the activities alleged by Plaintiff.

     5.     The Court hereby orders that copies of the complaint, declaration, memorandum of points and authorities and this Order to Show Cause and Temporary Restraining Order be served on the above-named defendants not later than _____.

DATED this _____ day of _____, 2016 at \_\_\_\_\_ a.m./p.m.

                          _____

                          _____
                          United States District Judge