United States District Court
Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7   SIX4THREE, LLC,                              Case No. 16-cv-06716-JCS   (INTAKE)
8              Plaintiff,
                                                 **ORDER REASSIGNING CASE**
9        v.
10  FACEBOOK, INC., et al.,
11             Defendants.
12
13       GOOD CAUSE APPEARING THEREFORE,
14       IT IS ORDERED that this case is reassigned to the Honorable Phyllis J. Hamilton in the
15  OAKLAND division for all further proceedings.  Counsel are instructed that all future filings shall
16  bear the initials PJH immediately after the case number.
17       All hearing and trial dates presently scheduled are vacated.  However, existing briefing
18  schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge
19  to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior
20  briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also
21  remain unchanged.
22  Dated: December 22, 2016                      FOR THE EXECUTIVE COMMITTEE
23
24                                               _____
25                                               Susan Y. Soong
                                                 Clerk, United States District Court
26
27
28  A true and correct copy of this order has been served by mail upon any pro se parties.