Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:

David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>MEDIA TEMPLE INC., a Delaware corporation,<br><br>　　　Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Six4Three, LLC's ("643"), through counsel, hereby withdraws its motion for a temporary restraining order filed on December 22, 2016 (the "Motion").  643 withdraws the Motion based on representations made by counsel for Facebook, Inc. subsequent to 643's filing of the Motion which 643 believes obviates the need to hear its request on an expedited basis.  643's withdrawal of the Motion is made without prejudice to address the issues raised therein, which 643 intends to do in the course of a separate motion if necessary.

DATED:  December 27, 2016                **PLAINTIFF SIX4THREE, LLC**

By its attorneys,

CRITERION LAW

BIRNBAUM & GODKIN, LLP


By:*/s/ Basil P. Fthenakis*
    Basil P. Fthenakis, Esq.
    David S. Godkin
    James E. Kruzer
    Attorneys for Plaintiff
    Six4Three, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2016, the foregoing document was filed electronically. Notice of this filing will be sent to all parties registered with the Court's ECF system. Additionally, copies of the forgoing were sent to counsel for the Defendants via email and first-class mail.

>                                    */s/ Basil P. Fthenakis*
>                                    Basil P. Fthenakis, Esq.