```
1   Aaron M. McKown (SBN 208781)
    E-mail:amckown@cozen.com
2   Paula L. Zecchini (SBN 238731)
    E-mail:pzecchini@cozen.com
3   COZEN O'CONNOR
    999 Third Avenue, Suite 1900
4   Seattle, WA  98104
    Telephone: 206.340.1000
5   Toll Free Phone: 800.423.1950
    Facsimile: 206.621.8783
6
    Attorneys for Defendant
7   MEDIA TEMPLE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC., a Delaware corporation, MEDIA TEMPLE INC., a Delaware corporation,<br><br>            Defendant(s). | Case No.: 4:16-cv-06716-JCS<br><br>NOTICE OF APPEARANCE OF PAULA L. ZECCHINI AS COUNSEL FOR DEFENDANT MEDIA TEMPLE, INC. |

1
NOTICE OF APPEARANCE OF PAULA L. ZECCHINI

LEGAL\29015631\1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    I, PAULA L. ZECCHINI, of Cozen O'Connor, hereby enter my appearance as counsel for Defendant Media Temple Inc. in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

> Cozen O'Connor
> 999 Third Avenue, Suite 1900
> Seattle, WA 98104
> Telephone: 206-373-7213
> Facsimile: 206-455-8251

Please serve said counsel with all pleadings and notices in this action.

Dated:   December 28, 2016         COZEN O'CONNOR

                                            By:  *s/ Paula L. Zecchini*
                                                   Paula L. Zecchini
                                                   Aaron M. McKown

                                                   Attorneys for Defendant
                                                   MEDIA TEMPLE INC.

**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5-3, I hereby certify that on December 28, 2016, I electronically filed the foregoing documents: Notice of Appearance of Paula L. Zecchini as Counsel for Defendant Media Temple Inc., with the Clerk of the Court by using the CM/ECF system and that foregoing document is being served on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Basil P. Fthenakis, Esq.<br>CRITERION LAW<br>2225 E. Bayshore Road, Suite 200<br>Palo Alto, CA 94303<br>bpf@criterionlaw.com | David S. Godkin, Esq.<br>James E. Kruzer, Esq.<br>BIRNBAUM & GODKIN, LLP<br>280 Summer Street<br>Boston, MA 02210<br>godkin@birnbaumgodkin.com<br>kruzer@birnbaumgodkin.com |

          *s/ Maria VandenBosch*
          MARIA VANDENBOSCH