1  Aaron M. McKown (SBN 208781)
   E-mail:amckown@cozen.com
2  Paula L. Zecchini (SBN 238731)
   E-mail:pzecchini@cozen.com
3  COZEN O'CONNOR
   999 Third Avenue, Suite 1900
4  Seattle, WA  98104
   Telephone: 206.340.1000
5  Toll Free Phone: 800.423.1950
   Facsimile: 206.621.8783
6
   Attorneys for Defendant
7  MEDIA TEMPLE, INC.

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  SIX4THREE, LLC, a Delaware limited liability      Case No.: 4:16-cv-06716-JCS
    company,
12                                                    NOTICE OF APPEARANCE OF
                    Plaintiff,                        AARON M. MCKOWN AS COUNSEL FOR
13                                                    DEFENDANT MEDIA TEMPLE, INC.
            vs.
14
    FACEBOOK, INC., a Delaware corporation,
15  MEDIA TEMPLE INC., a Delaware corporation,

16                  Defendant(s).

17

18

19

20

21

22

23

24

25

26

27

28
                                    1
LEGAL\29015651\1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          I, AARON M. MCKOWN, of Cozen O'Connor, hereby enter my appearance as counsel for

3   Defendant Media Temple Inc. in this matter.  I am a member of the State Bar of California and am

4   admitted to practice in the Northern District of California.  My address and telephone number are as

5   follows:

6          Cozen O'Connor
       999 Third Avenue, Suite 1900
7          Seattle, WA 98104
       Telephone:  206-373-7213
       Facsimile:  206-455-8251
8

9          Please serve said counsel with all pleadings and notices in this action.

10  Dated:   December 28, 2016                    COZEN O'CONNOR

11

12                                              By:   s/ Aaron M. McKown
                                              Aaron M. McKown
13                                              Paula L. Zecchini

14                                              Attorneys for Defendant
                                              MEDIA TEMPLE, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF AARON MCKOWN

LEGAL\29015651\1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to L.R. 5-3, I hereby certify that on December 28, 2016, I electronically filed the foregoing documents:  Notice of Appearance of Paula Zecchini as Counsel for Defendant Media Temple, Inc., with the Clerk of the Court by using the CM/ECF system and that foregoing document is being served on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF:

Basil P. Fthenakis, Esq.
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
bpf@criterionlaw.com

David S. Godkin, Esq.
James E. Kruzer, Esq.
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

*s/ Maria VandenBosch*
MARIA VANDENBOSCH

3

NOTICE OF APPEARANCE OF AARON MCKOWN

LEGAL\29015651\1