Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

Of counsel:
David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>MEDIA TEMPLE INC., a Delaware corporation,<br><br>        Defendants. | Case No. 3:16-cv-06716-PJH<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 4, 2017

CRITERION LAW

By: /s/ Basil P. Fthenakis
  Basil P. Fthenakis, Esq.
  Attorneys for Plaintiff
  Six4Three, LLC

Of Counsel:

BIRNBAUM & GODKIN, LLP

David S. Godkin, Esq.
James E. Kruzer, Esq.