Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SIX4THREE, LLC,                                          )
                                                         )  Case No: 3:16-cv-06716-P
                          Plaintiff(s),                  )
                                                         )  **APPLICATION FOR**
            v.                                           )  **ADMISSION OF ATTORNEY**
                                                         )  **PRO HAC VICE**
FACEBOOK, INC., et al.,                                  )  (CIVIL LOCAL RULE 11-3)
                                                         )
                          Defendant(s).                  )
                                                         )

I, David S. Godkin , an active member in good standing of the bar of Mass. Supreme Judicial Ct , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff Six4Three, LLC. in the above-entitled action. My local co-counsel in this case is Basil P. Fthenakis , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Birnbaum & Godkin, LLP<br>280 Summer Street, Boston, MA  02210 | Criterion Law, 2225 E. Bayshore Road, Ste 200<br>Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD:<br>(617) 307-6100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 352-8400 |
| MY EMAIL ADDRESS OF RECORD:<br>godkin@birnbaumgodkin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bpf@criterionlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 196530 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  01/09/17                                          David S. Godkin
                                                   _____
                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David S. Godkin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  1/10/17

                                                   _____
                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*