Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SIX4THREE, LLC,                                    )
                                                    )   Case No: 3:16-cv-06716-P
                        Plaintiff(s),               )
                                                    )   **APPLICATION FOR**
            v.                                      )   **ADMISSION OF ATTORNEY**
                                                    )   **PRO HAC VICE**
FACEBOOK, INC., et al.,                             )   (CIVIL LOCAL RULE 11-3)
                                                    )
                        Defendant(s).               )
_____            )

I, James E. Kruzer, an active member in good standing of the bar of Mass. Supreme Judicial Ct, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff Six4Three, LLC. in the above-entitled action. My local co-counsel in this case is Basil P. Fthenakis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Birnbaum & Godkin, LLP 280 Summer Street, Boston, MA  02210 | Criterion Law, 2225 E. Bayshore Road, Ste 200 Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: (617) 307-6100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 352-8400 |
| MY EMAIL ADDRESS OF RECORD: kruzer@birnbaumgodkin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bpf@criterionlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 670827.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  01/09/17

_____
James E. Kruzer
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James E. Kruzer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/10/17

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE