Paula L. Zecchini, (SBN 238731)
Aaron M. McKown (SBN 208781)
**COZEN O'CONNOR PC**
999 3rd Avenue, Suite 1900
Seattle, WA 98101
Telephone:  (206) 340-1000
Facsimile:  (206) 621-8783
E-Mail:      pzecchini@cozen.com
                 amckown@cozen.com

Attorneys for Defendant
MEDIA TEMPLE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>    Defendants | Case No. 4:16-cv-06716-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME FOR MEDIA TEMPLE, INC. TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)**<br><br><br>Complaint Filed:   November 21, 2016<br>Trial Date:             None Set. |

Plaintiff Six4three, LLC ("Plaintiff"), on the one hand, and Defendant Media Temple, Inc. ("Media Temple"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 27, 2016, Plaintiff served Media Temple with the First Amended Complaint ("FAC") in the above-captioned action;

WHEREAS, the statutory deadline for Media Temple to respond to the FAC is January 17, 2017;

WHEREAS, as a result of meet and confer efforts between counsel, the parties agreed that Media Temple should receive a fifteen (15) day extension of time to February 1, 2017, to respond to the FAC; and

WHEREAS, no prior extensions have been requested or granted.

NOW, THEREFORE, the parties stipulate and agree as follows:

The deadline for Media Temple to respond to the FAC in the above-captioned action shall be extended by fifteen (15) days to February 1, 2017.

Dated: January 12, 2017         **COZEN O'CONNOR PC**

By: */s/ Aaron M. McKown*
    Aaron M. McKown
Attorneys for Defendant
MEDIA TEMPLE, INC.

Dated: January 12, 2017         **BIRNBAUM AND GODKIN, LLP**

By: */s/ David Godkin*
    David Godkin
    *Appearance Pro Hac Vice*

Attorneys for Plaintiff
SIX4THREE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### Electronic Mail Notice List

- Basil P. Fthenakis
bpf@criterionlaw.com

- David S. Godkin
godkin@birnbaumgodkin.com

- Aaron M. McKown
amckown@cozen.com

SIGNED AND DATED this 12th day of January, 2017.

BIRNBAUM & GODKIN, LLP

By: */s/ James E. Kruzer*
    James E. Kruzer