1  DURIE TANGRI LLP
   SONAL N. MEHTA (SBN 222086)
2  smehta@durietangri.com
   LAURA E. MILLER (SBN 271713)
3  lmiller@durietangri.com
   CATHERINE Y. KIM (SBN 308442)
4  ckim@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA 94111
   Telephone: 415-362-6666
6  Facsimile: 415-236-6300

7  Attorneys for Defendant
   Facebook, Inc.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 | SIX4THREE, LLC,                          | Case No. 4:16-cv-06716-PJH
13 |                      Plaintiff,          | **DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
14 |   v.                                     |
15 | FACEBOOK, INC., and MEDIA TEMPLE, INC.,  | Date: March 8, 2017
   |                                          | Time: 9:00 am
16 |                      Defendants.         | Ctrm: 3, 3rd Floor
   |                                          | Judge: Honorable Phyllis J. Hamilton

In accordance with Civil Local Rules 7-11 and 79-5, Defendant Facebook, Inc. ("Facebook") respectfully moves this Court for leave to submit the following material under seal:

- The highlighted portions of page 5, located at page 5:12–21, of Facebook's Motion to Dismiss. Those portions contain citations to and discussion of a document that Plaintiff Six4Three, LLC may consider confidential. Facebook seeks to redact only those portions of the Motion that contain the information described above, and accordingly, the request is narrowly tailored to seek sealing of only sealable material.
- Exhibit 5 to the Declaration of Laura E. Miller In Support Of Facebook's Motion to Dismiss ("Miller Declaration"). Plaintiff may consider this exhibit confidential.

In support of its request, Facebook submits the Declaration of Laura E. Miller In Support Of Facebook's Administrative Motion to File Under Seal and a [Proposed] Order in compliance with Local Rule 79-5. Accordingly, Facebook respectfully requests that the Court grant this motion for administrative relief and allow Facebook to file under seal material designated as confidential by Plaintiff.

Dated: January 17, 2017
DURIE TANGRI LLP

By: */s/ Laura E. Miller*
LAURA E. MILLER

Attorneys for Defendant
Facebook, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER