DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>                Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**DECLARATION OF LAURA MILLER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: March 8, 2017<br>Time: 9:00 am<br>Ctrm: 3, 3rd Floor<br>Judge: Honorable Phyllis J. Hamilton |

I, Laura Miller, declare as follows:

1. I am an attorney with the law firm Durie Tangri LLP, counsel for Defendant Facebook, Inc. ("Facebook") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently and completely to the statements made herein.

2. The highlighted portions of page 5, located at 5:12–21, of Facebook's Motion to Dismiss contain citations to and discussion of a document that Plaintiff Six4Three, LLC may consider confidential. Facebook seeks to redact only those portions of the Motion that contain the information described above, and accordingly, the request is narrowly tailored to seek sealing only of sealable material.

3. Exhibit 5 to the Declaration of Laura E. Miller in support of Facebook's Motion to Dismiss may contain information that Plaintiff Six4Three considers to be confidential.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Executed this 17th day of January, 2017 in San Francisco, California.

*/s/ Laura E. Miller*
LAURA E. MILLER

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER