DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SIX4THREE, LLC,

Plaintiff,

v.

FACEBOOK, INC., and MEDIA TEMPLE, INC.,

Defendants.

Case No. 4:16-cv-06716-PJH

**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Date: March 8, 2017
Time: 9:00 am
Ctrm: 3, 3rd Floor
Judge: Honorable Phyllis J. Hamilton

As set forth in Defendant Facebook, Inc.'s ("Facebook") Administrative Motion to File Under Seal, Facebook lodged with the Court the documents listed below.

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED as follows:

Defendant may file under seal the following documents:

- Page 5:12–21 of Facebook's Motion to Dismiss;
- Exhibit 5 to the Declaration of Laura E. Miller in support of Facebook's Motion to Dismiss.

No persons other than the court and counsel of record are authorized to inspect the above-listed record filed under seal.

**IT IS SO ORDERED.**

Dated: ___________________________ ____________________________________________

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES CHIEF DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL / CASE NO. 4:16-CV-06716-PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER