| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | SONAL N. MEHTA (SBN 222086) |
| 2 | smehta@durietangri.com |
| | LAURA E. MILLER (SBN 271713) |
| 3 | lmiller@durietangri.com |
| | CATHERINE Y. KIM (SBN 308442) |
| 4 | ckim@durietangri.com |
| | 217 Leidesdorff Street |
| 5 | San Francisco, CA  94111 |
| | Telephone:    415-362-6666 |
| 6 | Facsimile:    415-236-6300 |
| 7 | Attorneys for Defendant |
| | Facebook, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC, | Case No. 4:16-cv-06716-PJH |
| Plaintiff, | **DECLARATION OF LAURA E. MILLER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS** |
| v. | |
| FACEBOOK, INC., and MEDIA TEMPLE, INC., | Date:     March 8, 2017 |
| Defendants. | Time:     9:00 am |
| | Ctrm:     3, 3rd Floor |
| | Judge:    Honorable Phyllis J. Hamilton |

I, Laura E. Miller, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I am an attorney with the law firm of Durie Tangri LLP, counsel for Defendant Facebook, Inc. ("Facebook") in this matter. I make this Declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Six4Three LLC ("Six4Three") first filed suit against Facebook San Mateo Superior Court on April 10, 2015.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Second Amended Complaint of Plaintiff, Six4Three, LLC, Case No. CIV 533328, Super. Ct. (San Mateo), filed February 26, 2016.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the article "Introducing 'Pikinis,' an iPhone App in Beta That Lets You Detect Swimsuit Photos of Facebook Friends," published online by BroBible on April 23, 2013.

5. Attached hereto as **Exhibit 3** is a true and correct copy of "The New Facebook Login and Graph API 2.0," published online by Facebook's Developer News on April 30, 2014.

6. On January 13, 2016, I took the deposition of Ted Kramer, who identified himself as the Managing Director of Six4Three and the sole member. During the deposition, I questioned Mr. Kramer regarding the creation, maintenance, and control of the website with the URL facebooksappeconomy.com. Mr. Kramer's deposition testimony has been designated as highly confidential under the protective order in the litigation pending in the Superior Court of San Mateo.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a screen shot of www.facebooksappeconomy.com taken on November 21, 2016 at 3:16 pm PST.

8. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence between counsel for Plaintiff Six4Three, LLC and myself, dated December 2, 2016. The "Sad Panda" link was the first time that Facebook had access to the Site as it exists today. As the threats contained in this email did not go to the merits of the San Mateo Superior Court litigation, Facebook did not respond to them.

9. I visited the Site on December 15, 2016 and confirmed that it had been transformed from the Infringing Site to the so-called "gripe site," as described in Six4Three's Complaint and Amended Complaint.

10. Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence between counsel for Plaintiff Six4Three, LLC and myself, dated December 20, 2016.

11. Attached hereto as **Exhibit 7** is a true and correct copy of email correspondence from counsel for Plaintiff Six4Three, LLC attaching a Motion for Temporary Restraining Order (ECF No. 9) and First Amended Complaint (ECF No. 6), dated December 22, 2016.

12. Attached hereto as **Exhibit 8** is a true and correct copy of correspondence from myself to counsel for Plaintiff Six4Three, LLC, dated December 23, 2016.

13. Attached hereto as **Exhibit 9** is a true and correct copy of email correspondence between myself and a representative of Media Temple, dated December 27, 2016.

14. I am informed and believe that attached hereto as **Exhibit 10** is a true and correct copy of correspondence between Six4Three's outside counsel, David Godkin, of Birnbaum & Godkin, LLP, and a third-party Facebook developer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is to the best of my knowledge and belief true and correct.

Executed on January 17, 2017 in San Francisco, California.

*/s/ Laura E. Miller*
LAURA E. MILLER

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                        */s/ Laura E. Miller*
                        LAURA E. MILLER