# EXHIBIT 2



🔍   **FOLLOW ▾**

# Intoducing 'Pikinis,' an iPhone App in Beta That Lets You Detect Swimsuit Photos of Facebook Friends

BY BRANDON WENERD 04.23.13

 FACEBOOK         TWITTER



Hey

Just wanted to let you and your buddies know about a new iPhone app my startup is launching soon called Pikinis, which automatically detects all the swimsuit photos of your friends on Facebook. Pretty crazy, huh?

We are bringing together a huge group of guys, including fraternities from other schools, to do a test run of the app. In exchange for giving us some feedback, we'll let you download a premium version of Pikinis for free.

As a member of [redacted], could you help us out by forwarding this message along to your fellow brothers and friends? Anybody with an iPhone can shoot me a [redacted] or head over to http://www.pikinis.com to signup as a beta tester. The more the merrier!

I really appreciate it! Looking forward to hearing from you!

Cheers,
Mark
Marketing Manager
http://www.pikinis.com

In an e-mail, Pikinis managing director Ted Kramer explains the app's goal: "Pikinis is a fun and safe place for guys and gals to interact around their shared love of the summer. We all love hanging out at the beach or by the pool, meeting new people, and showing off our hot swimsuit photos. Pikinis enables us collectively to share that experience."

But what's the story behind the app's development? Kramer elaborates:

I've have been involved on the ground floor of technology startups in the past and having just left one, I was looking for the next idea. Just by hanging out with my close girl and guy friends, I realized a lot of people express frustration about all the photos on Facebook and how difficult it is to find the ones you really want to see. The idea came about because its a problem many people seem to have, men and women.

And why the name Pikinis? As simple as changing a "P" to a "B." Kramer explains:

The name seemed simple. Pictures of bikinis = pikinis. It was the first name that popped into my head and just intuitively felt appropriate. To be clear, Pikinis is for men and women –

**BRO CONNECT**

**Sign Up**

👤 FACEBOOK    🐦 TWITTER    ✉ EMAIL



B   **BroBible**
    Like Page   727K likes

Got some news?   **TIP OFF**

**BEST OF THE REST**



**BROBIBLE**
**11 Best Slim Wallets For Men, From $9.99 To $65**

**BLEACHER REPORT**
**Michael Phelps in Trailer for New 'Call of Duty' Game**

**HUFF PO**
**Watch A 'Too Stoned' Miley Cyrus Serenade Bill Murray At The Kennedy Center**

**BROBIBLE**
**10 Best Bluetooth Speakers Under $100**

**WHAT'S HOT**



**Tiger Woods Is Back, Baby! Has Reportedly Scored Himself A Sexy New Blonde Girlfriend**



**84 Of The Best Damn Photos On The Internet**



Q   FOLLOW ▾

app and a number of my gay friends have found it to be really awesome.




**Early Candidate For Hockey Hit Of The Year: Crazy Hipcheck Sends Player Flipping And Flying**


**This Week's Hottest Gear: American Flag Hats, Hammocks, Booze, And 8 More 'Things We Want'**


**Since 2012 NBC's Paid Out An INSANE Amount Of Money For People Like Billy Bush To Not Show Up At Work**

Regarding the technology for the app, the Kramer notes they have a visual alogrithim to automatically detect swimsuit photos on Facebook:

> Pikinis is built by computer vision experts who have developed algorithms that automatically find the swimsuit photos on Facebook. We have received great feedback from our early testers and are always looking for more people to help us test. if interested, please email info@pikinis.com.

The app inevitably raises a few obvious privacy concerns. The baseline concept of guys social networking with girls by oogling over Facebook-uploaded bikini pics is obviously a little creepy. A follow up e-mail with Kramer addressed concerns on privacy issues to make Pikinis "a fun and safe place for guys and gals":

> Yes, users can control their information and photos fully. Pikinis follows Facebook's guidelines to the tee to ensure privacy protection for fun and safe interactions.  We screen for users who are under 18 and we adhere to best practice privacy controls in the industry.

One has to wonder how often people will use the "meet new people in your network, city, or campus" option a la dating apps like Tinder or Bang with Friends. Pikinis is still in Beta, so its approval for the Apple App Store remains unknown. But Kramer notes "Pikinis will launch in early summer, just in time for the beach!"

So there you go.

"



**This game will keep you up all night!**
Stormfall: Free Online Game

**The Best Strategy Game You'll Play This Year**
Sparta - Free Online Game

**These Sunglasses Shouldn't Be Legal!**
Apache 400 Sunglasses

**Thinking About Installing Solar? Read This First**
Energy Bill Cruncher Solar Quotes

**Not enough vets claim these amazing VA benefits**
LendingTree Mortgage Quotes

TAGS   APPS   BIKINIS   FACEBOOK   IPHONE APPS

## Join The Discussion

f  SIGN IN WITH FACEBOOK       SIGN IN WITH TWITTER       SIGN IN WITH EMAIL

**Comments are closed.**

GUYISM   ABOUT BROBIBLE   ADVERTISE   STAFF   EVENTS & CONCERTS   WRITE FOR BROBIBLE   TERMS   PRIVACY   TIP OFF

COPYRIGHT © 2008-2016 BROBIBLE. ALL RIGHTS RESERVED.

POWERED BY WORDPRESS.COM VIP