# EXHIBIT 5

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

[Placeholder for Entire Document]