# EXHIBIT 9

| | |
|---|---|
| From: | Legal <legal@mediatemple.net> |
| Sent: | Tuesday, December 27, 2016 1:19 PM |
| To: | Laura Miller |
| Cc: | David Godkin |
| Subject: | Re: Six4Three Complaint and TRO |

Hi Laura,

Due to our strict security policies, we are unable to discuss account specific information. As a result, we are not certain how helpful we would be.

It is also important to note that upon receiving Facebook's trademark complaint, as a Service Provider any failure to respond accordingly exposes the Service Provider to civil liability for contributory trademark infringement.

With that said, Susan Kawaguchi (the domain name manager at Facebook) rescinded the complaint, pursuant to our policies we re-instated access to the domain Facebooksappeconomy.com (Facebookappeconomy.com was never disabled).

Due to both domains being active, we believe this issue is resolved and we are no longer party to this matter.

We sent more detailed information to our customer and we suggest reaching out to them for further information.

Thanks,
Mickey P
Compliance Specialist

On Tue, Dec 27, 2016 at 9:10 AM, Laura Miller <LMiller@durietangri.com> wrote:

> As a quick follow up to this, I'm available to discuss the case and the possibility of a joint response at any point today.

**From:** Laura Miller
**Sent:** Friday, December 23, 2016 2:54 PM
**To:** 'contentcomplaints@mediatemple.net' <contentcomplaints@mediatemple.net>; legal@mediatemple.net
**Subject:** Six4Three Complaint and TRO

Greetings,

I represent Facebook as outside counsel in the case pending in ND Cal in which Six4Three recently added Media Temple as a defendant and filed a TRO motion (Case No. 16-cv-6716).

1

Are you or your outside counsel available for a quick call before Tuesday?  I can make myself available at any point today, over the weekend, or on Monday.

Thanks,

Laura Miller

Durie Tangri

217 Leidesdorff Street

San Francisco, CA 94111

P (415) 376 - 6457

lmiller@durietangri.com

--

**(mt) Legal**
Legal Department | (mt) Media Temple
mediatemple.com | @mediatemple

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and notify the sender by reply email.