# EXHIBIT 10

My law firm represents a software developer that has been in litigation with Facebook for almost two years now regarding repeated violations of antitrust and anti-competition laws in connection with Facebook's decision to shut down Graph API on April 30, 2015 and similar bait and switch tactics in which Facebook monopolized numerous software markets that it previously promised would be open to all developers.

My client believes that Facebook's conduct has impacted a wide range of applications, from contacts and calendar management, messaging, photo sharing, video sharing and streaming, dating, lifestyle, games, news, books, travel, fitness and utility applications. My client further contends that Facebook's decision to monopolize these software categories on Facebook Platform has caused harm to tens of thousands of software developers, shutting down many business and impacting countless more families in the process.

This spring a California jury will determine if Facebook's repeated history of deceptive and anti-competitive behavior violates a host of antitrust and anti-competition laws. I write to urge you to contact me to provide information that may be useful at trial, in particular information regarding the harm that Facebook's bait and switch tactics have caused your business. This harm may have resulted in your business incurring increased costs, changing strategy, losing a competitive advantage, or shutting down entirely. Please contact me immediately or fill out this form if you have information that may help support our case at trial.

This issue is too important to remain silent. Application ecosystems represent some of the largest economies in the world. The ramifications of this decision will impact the software industry for decades to come. You can play a meaningful part in this effort, and my client sincerely hopes you choose to do so.

For more information, please visit FacebooksAppEconomy.com. I have included a description of the website below. If you believe the issues discussed on this website apply to you, please contact me immediately or fill out this form. I should not require much of your time and my client appreciates your willingness to stand up for an open and fair software industry.

Warm regards,

David Godkin
Birnbaum & Godkin, LLP


**FacebooksAppEconomy.com Background**

On April 30, 2014, Facebook announced the closing of its Open Graph, which for years it promised would be accessible to Developers to build new applications that could compete on a fair and level playing field with Facebook's own applications. By breaking these promises, we contend that Facebook gave itself a monopoly on building applications that span numerous industries. We further contend that Facebook has repeatedly taken advantage of the fact that it

alone sets the rules in a $227 billion economy in which it is also one of the largest players. We firmly believe this anti-competitive behavior violates numerous laws and must stop.

The Facebook App Economy website was created to serve as an information resource for businesses that have been impacted by Facebook's unfair and deceptive practices. Businesses that have been impacted can use this website to sign up for updates that follow the course of the litigation and learn how they may protect their rights.

This website also serves as a forum for increased public awareness of the harm caused by a lack of regulation in application economies. This is an issue of great importance to the public, the legal system and the global economy. Today, some of the largest economies in the world have their rules made and monitored by companies who also get to play in the game. This aligns incentives naturally toward anti-competitive behavior that detrimentally impacts both small businesses and consumers.

We argue that Facebook's application economy in particular has experienced a series of anti-competitive transfers of wealth. This website focuses on a major one that we believe impacted tens of thousands of businesses, people and families: the closing of the graph announced on April 30, 2014 in which Facebook gave itself a monopoly on building applications spanning numerous industries after promising for years that Developers could build the same applications and compete on neutral terms. Similar events have occurred with Facebook's decision related to games, newsfeed, Parse, and other application ecosystems.

This website offers a proposal for regulating Facebook's $227 billion economy in order to prevent events like this from happening again. The proposal seeks to establish a basic set of rights and obligations for everyone participating in Facebook's application economy with the goal of minimizing perverse incentives towards anti-competitive behavior, which harms the public interest and threatens the long-term viability of the economy itself. In doing so, this website seeks to engage the public and legal community not only to support the proposal but also to participate in its evolution. We welcome your thoughts and feedback.