DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>                            Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>                            Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:     March 8, 2017<br>Time:    9:00 am<br>Ctrm:    3, 3rd Floor<br>Judge:   Honorable Phyllis J. Hamilton |

1  Upon consideration of Defendant Facebook, Inc.'s Motion to Dismiss for Lack of Subject Matter
2  Jurisdiction, any opposition and reply thereto, oral argument, and other materials of record in this action,
3  it is hereby ORDERED on this _____ day of _____, 2017, that said motion is **GRANTED**.
4  **IT IS SO ORDERED.**

6  Dated: _____          _____
7                                                                        HONORABLE PHYLLIS J. HAMILTON
                                                                         UNITED STATES CHIEF DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS
CASE NO. 4:16-CV-06716-PJH

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MIXLER