DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>　　　　　　　　Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION FOR JURISDICTIONAL DISCOVERY**<br><br>Date:　March 8, 2017<br>Time:　9:00 am<br>Ctrm:　3, 3rd Floor<br>Judge:　Honorable Phyllis J. Hamilton |

1  Upon consideration of Defendant Facebook, Inc.'s Motion for Jurisdictional Discovery, any
2  opposition and reply thereto, oral argument, and other materials of record in this action, it is hereby
3  ORDERED on this _____ day of _____, 2017, that said motion is **GRANTED**.
4      **IT IS SO ORDERED.**
5  Dated: _____       _____
6                         HONORABLE PHYLLIS J. HAMILTON
                      UNITED STATES CHIEF DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER
