DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>                    Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**DEFENDANT FACEBOOK, INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15**<br><br>Ctrm:    3, 3rd Floor<br>Judge:   Honorable Phyllis J. Hamilton |

Pursuant to Civil L.R. 3-15, the undersigned counsel for Defendant Facebook, Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 17, 2017    DURIE TANGRI LLP

By: */s/ Laura E. Miller*
 LAURA E. MILLER

Attorneys for Defendant
Facebook, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER