1  DURIE TANGRI LLP
   SONAL N. MEHTA (SBN 222086)
2  smehta@durietangri.com
   LAURA E. MILLER (SBN 271713)
3  lmiller@durietangri.com
   CATHERINE Y. KIM (SBN 308442)
4  ckim@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:    415-362-6666
6  Facsimile:    415-236-6300

7  Attorneys for Defendant
   Facebook, Inc.
8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>              Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**PROOF OF SERVICE**<br><br>Date:   March 8, 2017<br>Time:   9:00 am<br>Ctrm:   3, 3rd Floor<br>Judge:  Honorable Phyllis J. Hamilton |

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On January 18, 2017, I served the following documents in the manner described below:

**UNREDACTED VERSION—DEFENDANT FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**UNREDACTED VERSION—EXHIBIT 5 TO THE DECLARATION OF LAURA E. MILLER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

[X] BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from jposada@durietangri.com to the email addresses set forth below.

[ ] (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below.

On the following part(ies) in this action:

| | |
|---|---|
| Basil P. Fthenakis<br>CRITERION LAW<br>2225 E. Bayshore Road, Suite 200<br>Palo Alto, CA 94303<br>Telephone: 650-352-8400<br>Facsimile: 650-352-8408<br>bpf@criterionlaw.com<br><br>David S. Godkin<br>James Kruzer<br>BIRNBAUM & GODKIN, LLP<br>280 Summer Street<br>Boston, MA 02210<br>Telephone: 617-307-6100<br>godkin@birnbaumgodkin.com<br>kruzer@birnbaumgodkin.com<br><br>*Attorneys for Plaintiff*<br>*Six4Three, LLC* | Aaron Michael McKown, Sr.<br>Cozen O'Connor<br>2 South Biscayne Blvd., 30th Floor<br>Miami, FL 33131<br>Telephone: 305-424-9020<br>Fax: 305-704-5955<br>Email: amckown@cozen.com<br><br>Paula Lynn Zecchini<br>Cozen O'Connor<br>999 Third Avenue, Suite 1900<br>Seattle, WA 98104<br>Telephone: 206-373-7213<br>Fax: 206-455-8251<br>Email: pzecchini@cozen.com<br><br>Attorneys for Defendant<br>Media Temple, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 18, 2017, at San Francisco, California.

                                            */s/ Jennifer Posada*
                                            JENNIFER POSADA