1  DURIE TANGRI LLP
   SONAL N. MEHTA (SBN 222086)
2  smehta@durietangri.com
   LAURA E. MILLER (SBN 271713)
3  lmiller@durietangri.com
   CATHERINE Y. KIM (SBN 308442)
4  ckim@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:    415-362-6666
6  Facsimile:    415-236-6300

7  Attorneys for Defendant
   Facebook, Inc.
8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 | SIX4THREE, LLC,                              | Case No. 4:16-cv-06716-PJH
13 |                     Plaintiff,               | **NOTICE OF APPEARANCE FOR SONAL N. MEHTA ON BEHALF OF DEFENDANT FACEBOOK, INC.**
14 |        v.                                    |
15 | FACEBOOK, INC., and MEDIA TEMPLE, INC.,      | Ctrm:   3, 3rd Floor
                                                    Judge:  Honorable Phyllis J. Hamilton
16 |                     Defendants.              |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Sonal N. Mehta in the above-referenced action as counsel for Defendant Facebook, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
217 Leidesdorff Street
San Francisco, CA 94111
Email: smehta@durietangri.com

Dated: January 18, 2017                                DURIE TANGRI LLP

By: _____*/s/ Sonal N. Mehta*_____
         SONAL N. MEHTA

Attorneys for Defendant
Facebook, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonal N. Mehta*
SONAL N. MEHTA