DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Defendant
Facebook, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIX4THREE, LLC,<br><br>                              Plaintiff,<br><br>         v.<br><br>FACEBOOK, INC., and MEDIA TEMPLE, INC.,<br><br>                              Defendants. | Case No. 4:16-cv-06716-PJH<br><br>**NOTICE OF APPEARANCE FOR CATHERINE Y. KIM ON BEHALF OF DEFENDANT FACEBOOK, INC.**<br><br>Ctrm:   3, 3rd Floor<br>Judge:  Honorable Phyllis J. Hamilton |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Catherine Y. Kim in the above-referenced action as counsel for Defendant Facebook, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

> DURIE TANGRI LLP
> CATHERINE Y. KIM (SBN 308442)
> 217 Leidesdorff Street
> San Francisco, CA 94111
> Email: ckim@durietangri.com

Dated: January 23, 2017                    DURIE TANGRI LLP

By: _____*/s/ Catherine Y. Kim*_____
CATHERINE Y. KIM

Attorneys for Defendant
Facebook, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Catherine Y. Kim*
CATHERINE Y. KIM