Basil P. Fthenakis, Esq. (88399)
CRITERION LAW
2225 E. Bayshore Road, Suite 200
Palo Alto, California  94303
Tel. (650) 352-8400
Fax. (650) 352-8408
bpf@criterionlaw.com

David S. Godkin
James E. Kruzer
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

Attorneys for Plaintiff,
SIX4THREE, LLC, a Delaware
limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation, <br><br> MEDIA TEMPLE INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:16-cv-06716-PJH <br><br> PLAINTIFF'S NOTICE OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Six4Three, LLC voluntarily dismisses this action without prejudice.

DATED:  January 26, 2017

CRITERION LAW

BIRNBAUM & GODKIN LLP

By: */s/ David S. Godkin*
     Basil P. Fthenakis, Esq.
     David S. Godkin, Esq.
     James E. Kruzer, Esq.
     Attorneys for Plaintiff
     Six4Three, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury under the laws of the State of California, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Electronic Mail Notice List**

| | |
|---|---|
| Aaron Michael McKown , Sr. | amckown@cozen.com, mvandenbosch@cozen.com, pzecchini@cozen.com |
| Basil Peter Fthenakis | bpf@criterionlaw.com |
| Catherine Y. Kim | ckim@durietangri.com |
| David S. Godkin | godkin@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com |
| James E. Kruzer | kruzer@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com |
| Laura Elizabeth Miller | lmiller@durietangri.com, docketing@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, laura-miller-durie-tangri-5888@ecf.pacerpro.com, records@durietangri.com |
| Paula Lynn Zecchini | pzecchini@cozen.com, mvandenbosch@cozen.com |
| Sonal N. Mehta | smehta@durietangri.com, calas@durietangri.com, calendar@durietangri.com, docketing@durietangri.com, dt-calendaring-durie-tangri-1625@ecf.pacerpro.com, kmetti@durietangri.com |

DATED: January 26, 2017

By:     _/s/ David S. Godkin_
         David S. Godkin